

SHELDON MAY
& ASSOCIATES, P.C.
*Now you're assured.*

Ted Eric May, Esq.
MEMBER OF NEW YORK, NEW JERSEY, PENNSYLVANIA, FLORIDA AND D.C. BAR

March 16, 2026

Honorable Kyu Y. Paek:
Southern District of New York
355 Main Street
Poughkeepsie, New York 12601

|  |  |
|---|---|
| Debtor: | Regina Vurchio |
| Case Number: | 25-22735 |
| Subject: | Status Report of Loss Mitigation |
| File Number: | 40589 |

Honorable Kyu Y. Paek:

Sheldon May & Associates, P.C. represents Rushmore Servicing on behalf of Citigroup Mortgage Loan Trust 2021-RP5 ("Creditor"), in the above-referenced loss mitigation proceedings.  Please accept this letter as an update on the status of Creditor's loss mitigation review.

On or about January 28, 2026, our office emailed Debtor's counsel a list of missing documents required for the loss mitigation package to be complete. On February 26, 2026, our client issued a denial letter because a complete package was not received.  On March 13, 2026, our office received documents from Debtor's counsel to have submitted for review.

At this time, my client is reviewing and request additional time to confirm that the package is complete.

Thank you.

Very Truly Yours,
/S/Ted Eric May, Esq.
Ted Eric May, Esq.

TEM;ks

Corporate Headquarters: 255 Merrick Road, Rockville Centre, New York 11570
Phone: 516.763.3200  |  Fax: 516.763.3243
www.MayLawFirm.Com
E-Mail: Ted.May@MayLawFirm.Com
Direct Fax: 516.394.4267