BRONSON LAW OFFICES, P.C.
H. Bruce Bronson, Esq.
480 Mamaroneck Ave.
Harrison, NY 10528
914-269-2530 (tel.)
hbbronson@bronsonlaw.net
*Counsel to Debtor*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
In re:

   REGINA VURCHIO a/k/a Regina D. Mullen,

                        Debtor.

----------------------------------------------------------------X

Case No.: 25-22735 (kyp)

Chapter 11

**NOTICE OF HEARING ON APPLICATION IN SUPPORT OF ORDER (1) APPROVING DEBTOR'S DISCLOSURE STATEMENT PURUSANT TO SECTION 1125 OF THE BANKRUPTCY CODE; (2) FIXING PROCEDURES AND TIME FOR FILING ACCEPTANCES AND REJECTIONS TO THE PLAN, IF ANY; (3) FIXING TIME FOR CONFIRMATION HEARING AND (4) GRANTING RELATED RELIEF**

     **PLEASE TAKE NOTICE** that a hearing (the "Hearing") to consider the motion (the "Motion") of the Debtor, seeking entry of an order (i) approving Disclosure Statement, (ii) scheduling confirmation hearing and related deadlines, and (iii) approving notice and solicitation procedures shall be held via Zoom before the Honorable Kyu Y. Paek Bankruptcy Judge, in the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New York 10004 on **May 28, 2026 at 10:00 a.m.**

     **PLEASE TAKE FURTHER NOTICE,** that the Motion will be heard on **May 28, 2026 at 10:00 a.m.** through Zoom for Government. Participants in the hearing are required to register their appearance by 4:00 p.m. the day before the hearing utilizing thee-Court Appearances tool located at: https://ecf.nysb.uscourts.gov/cgi-bin/nysbAppearances.pl

     **PLEASE TAKE FURTHER NOTICE** that objections to the Motion, if any, must be in writing, should conform to the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and the Local Rules of the United States Bankruptcy Court for the Southern District of New York, shall be filed with the United States Bankruptcy Court for the Southern District of New York, and shall be served upon undersigned counsel, the Office of the United States Trustee, and all parties who have timely filed requests for notice under Rule 2002 of the Bankruptcy Rules, so as to be received no later than **May 21, 2026.**

(the "Objection Deadline").

**PLEASE TAKE FURTHER NOTICE** that if an objection to the Motion is not received by the Objection Deadline, the relief requested shall be deemed unopposed, and the Court may enter an order granting the relief sought without a hearing.

**PLEASE TAKE FURTHER NOTICE** that objecting parties are required to attend the Hearing, and failure to appear may result in relief being granted or denied upon default.

Dated: Harrison, New York
April 8, 2026

By:/s/H. Bruce Bronson
H. Bruce Bronson, Esq.
Bronson Law Offices, P.C.
*Counsel for Debtor and Debtor-in-Possession*
480 Mamaroneck Ave.
Harrison, NY 10528