**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
In re:

  REGINA VURCHIO a/k/a Regina D. Mullen,

                        Debtor.

-----------------------------------------------------------------X

Case No.: 25-22735 (kyp)

Chapter 11

**APPLICATION IN SUPPORT OF ORDER (1) APPROVING DEBTOR'S DISCLOSURE STATEMENT PURUSANT TO SECTION 1125 OF THE BANKRUPTCY CODE; (2) FIXING PROCEDURES AND TIME FOR FILING ACCEPTANCES AND REJECTIONS TO THE PLAN, IF ANY; (3) FIXING TIME FOR CONFIRMATION HEARING AND (4) GRANTING RELATED RELIEF**

        The Application ("**Application**") for the above captioned debtor and debtor in possession (the "**Debtor**"), by its counsel, Bronson Law Offices, P.C., respectfully represents and sets forth as follows:

1. On or about August 5, 2025, the Debtor filed a chapter 11 petition (the "**Petition Date**").

2. The Debtor has continued in possession of her property and management of her affairs as a debtor-in-possession pursuant to Sections 1107 and 1108 of the Code.

3. No Official Committee of Unsecured Creditors, Trustee or Examiner has been appointed herein.

4. The Debtor owns property at 811 North Barry Road, Mamaroneck, NY   (the "**Property**") that is in foreclosure with U.S. Bank Trust National serviced by Rushmore ("**Secured Lender**") prior to the filing of the petition.

5. The Debtor has made payments to the Secured Lender since the Petition Date each month.

6.  On April 8, 2026, the Debtor filed a disclosure (the "**Disclosure Statement**") and plan

(the "**Plan**") which are attached hereto as "**Exhibit A**".

7.  By this Application, the Debtor seeks an order of this Court approving the Disclosure

Statement in substantially the form as set forth at "**Exhibit A**".

8.  The Debtor is also seeking the fixing of procedures and time for filing acceptances and

rejections to the Plan, if any; and a time for confirmation of the Plan.

9.  Section 1125(b) of the Code states that "An acceptance or rejection of a plan may not be

solicited after the commencement of the case under this title from a holder of a claim or

interest with respect to such claim or interest, unless, at the time of or before such

solicitation, there is transmitted to such holder the plan or a summary of the plan, and

written disclosure statement approved, after notice and a hearing, by the court as

containing adequate information."

10. The definition of adequate information as defined by the Code is as follows:

> "adequate information" means information of a kind, and in sufficient detail as far
> as is reasonably practicable in light of the nature and history of the debtor and the
> condition of the debtor's books and records, including a discussion of the
> potential material Federal tax consequences of the plan to the debtor, any
> successor to the debtor, and a hypothetical investor typical of the holders of
> claims or interests in the case, that would enable such a hypothetical investor of
> the relevant class to make an informed judgment about the plan, but adequate
> information need not include such information about any other possible or
> proposed plan  and in determining whether a disclosure statement  provides
> adequate information , the court shall consider the complexity of the case, the
> benefit of additional information to creditors and other parties in interest, and the
> cost of providing additional information.

Section 1125(a)(1) of the Code.

11. Debtor submits that the Disclosure Statement describes the Debtor in sufficient detail for

the Disclosure Statement to be approved by this Court.

12. No prior request for the relief sought herein has been made to this or any other court.

**WHEREFORE,** the Debtor respectfully requests that the Court enter an order substantially in the form of the proposed annexed order and grant the Debtor such other and further relief as is just proper and equitable under the circumstances.

Dated: Harrison, New York
April 8, 2026

By:/s/H. Bruce Bronson
H. Bruce Bronson, Esq.
Bronson Law Offices, P.C.
*Counsel for Debtor and Debtor-in-Possession*
480 Mamaroneck Ave.
Harrison, NY 10528